*If this opinion indicates that it is "FOR PUBLICATION," it is subject to revision until final publication in the Michigan Appeals Reports.*

# STATE OF MICHIGAN

# COURT OF APPEALS

COTEL, LLC, and COBERG
TELECOMMUNICATIONS LLC,

        Plaintiffs-Appellants,

v

COMCAST OF
MICHIGAN/MISSISSIPPI/TENNESSEE, INC,

        Defendant-Appellee.

UNPUBLISHED
September 5, 2019

No. 342565
Oakland Circuit Court
LC No. 2016-154500-CB

Before: SHAPIRO, P.J., and GLEICHER and SWARTZLE, JJ.

SWARTZLE, J. (*concurring in part, dissenting in part*).

I respectfully dissent from Section II.A. of the majority's opinion. I concur with the remainder of the majority's opinion and in the judgment.

/s/ Brock A. Swartzle

-1-